IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1137-JLK**

**AUTONATION HOLDING CORPORATION**,

        Plaintiff,

v.

**FRANK ELLIOTT, and
BULLWINKLE AUTO, INC.,
d/b/a GO FAST AUTO, a/k/a GO FAST AUTO.NET,**

        Defendants.

---

## ORDER

---

Kane, J.

This matter is before the court on Defendant Frank Elliott's letter request (Doc. 11) to continue the July 3, 2007 Preliminary Injunction Hearing. That request is granted. The hearing is VACATED AND RESET for July 16, 2007 at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver.

Defendant Elliot should also be aware that while he may represent himself in this lawsuit, his co-defendant, Bullwinkle Auto, Inc., as a corporation, may only appear and be represented in this court by licensed counsel. *See, e.g., Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). Mr. Elliot, therefore, will not be permitted to represent Bullwinkle Auto, Inc. at the July 16, 2007 Preliminary Injunction Hearing.

Dated this 28th day of June, 2007.

                                                BY THE COURT:

                                                ***s/John L. Kane***
                                                Senior Judge, United States District Court