IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01137-JLK-MJW

AUTONATION HOLDING CORPORATION,

Plaintiff,

v.

FRANK ELLIOTT, and
BULLWINKLE AUTO, INC.,
d/b/a GO FAST AUTO,
a/k/a GO FAST AUTO.NET,

Defendants.

## ORDER

THIS MATTER is before the Court upon the Settlement Stipulation Agreement (doc. #22) entered into between the Plaintiff, AutoNation Holding Corporation, and the Defendants, Frank Elliott, and Bullwinkle Auto, Inc., d/b/a GO Fast Auto, a/k/a GO Fast Auto.Net;

THE COURT, has reviewed the pleadings and adopts the Settlement Stipulation Agreement as an Order of the Court. The parties dismissal documents are due on or before September 17, 2007.

DATED: July 24, 2007.

*S/John L. Kane*
UNITED STATES DISTRICT JUDGE